# United States Court of Federal Claims

No. 18-61 C
Filed: January 12, 2018

---

CASSANDRA D. METTS et al.,

*Petitioners,*

v.

UNITED STATES OF AMERICA,

*Respondent.*

---

**FILED**

JAN 1 2 2018

U.S. COURT OF
FEDERAL CLAIMS

## ORDER DISMISSING COMPLAINT

**Hodges,** *Senior Judge.*

Pursuant to the January 12 ruling on the merits in plaintiffs' original case, 17-1984 C, this case is dismissed on the same basis. The Clerk of Court will DISMISS plaintiffs' Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Robert H. Hodges, Jr.
Senior Judge